UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | M.B.D. NO. 04- |
| ) | |
| SEKOU SILLAH ) | |

04MBD10350

04MJ00674-LPC

### JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

Defendant Sekou Sillah is currently charged by way of complaint with violations of Title 18, United States Code, § 2319 (Criminal Infringement of Copyright), § 2320 (Trafficking in Counterfeit Goods or Services) and § 1960 (Operation of an Unlicensed Money Transmitting Business). Defendant was arrested and had an initial appearance before the Court (Cohen, U.S.M.J.) on November 1, 2004, and the government's detention motion was resolved on November 8, 2004 with the Defendant's consent to voluntary detention. Also on November 8, 2004, the Court found probable cause after a hearing. Pursuant to 18 U.S.C. § 3161(b), the government is required to obtain an indictment by December 8, 2004.

The parties have begun to engage in discussions in an effort to resolve this criminal proceeding by agreement of the parties. In so doing, the parties seek an extension of thirty-four (34) days, to January 11, 2004, during which the government is required to seek an indictment pursuant to 18 U.S.C. § 3161(b).

-1-

It is hoped that the additional time requested will permit the parties to reach such an agreement before the government is required to or inclined to seek an indictment.

Herein, both parties move, under 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the 34 day period from December 9, 2004 to January 11, 2005 in computing the time within which an information or an indictment must be filed under 18 U.S.C. §3161(b).

Respectfully submitted,

| | |
|---|---|
| SEKOU SILAH | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |

By:

/s/ Page Kelley                        /s/ Gregory Moffatt

PAGE KELLEY, ESQ.                      GREGORY MOFFATT
Federal Defender Office                Assistant U.S. Attorney
408 Atlantic Avenue, 3rd Floor         (617) 748-3370
Boston, MA 02210

Date:    December 6, 2004